———————————

No. 96-1094SI

———————————

United States of America,      *
                               *
           Appellee,           *    Appeal from the United States
                               *    District Court for the Southern
     v.                        *    District of Iowa.
                               *
Robert Clyde Hoskins,          *    [UNPUBLISHED]
                               *
           Appellant.          *

———————————

Submitted:  May 14, 1996

Filed:  May 22, 1996

———————————

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

———————————


PER CURIAM.


     After committing a series of restaurant robberies, Robert Clyde
Hoskins was charged with conspiring to commit robberies affecting
interstate commerce in violation of the Hobbs Act, 18 U.S.C. § 1951 (1994).
Hoskins entered a conditional plea of guilty to the charge and appealed.
Relying on United States v. Lopez, 115 S. Ct. 1624 (1995), Hoskins contends
the district court improperly denied his motion to dismiss.  Hoskins argues
that his actions did not violate the Hobbs Act because the statute was not
meant to encompass the robbery of local businesses.  Hoskins's argument,
however, is foreclosed by our recent holding in United States v. Farmer,
73 F.3d 836, 843 (8th Cir. 1996).  Likewise, Hoskins's argument that the
superseding indictment fails to allege a violation of the Hobbs Act is
foreclosed by our contrary holding in Farmer, id. at 843-44.  We thus
affirm the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.